IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NETTISIA MITCHELL, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO.: 2:23-CV-15-RAH |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## **ORDER**

Before the court is the Recommendation of the United States Magistrate Judge entered on January 18, 2023. (Doc. 10.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Petitioner's Motion (Doc. 1) is DENIED without prejudice for lack of jurisdiction.

DONE, this 8th day of February, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE