IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NETTISIA MITCHELL, | ) |
| Petitioner, | ) |
| v. | ) CASE NO.: 2:23-CV-15-RAH |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED.R.CIV.P. 58.

DONE, this 8th day of February, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE